In the Matter of CHARLES E. CHALMERS, as Receiver of the SECOND AVENUE RAILROAD COMPANY OF THE CITY OF NEW YORK, Appellant.

SECOND AVENUE RAILROAD COMPANY, Appellant; INTER-BOROUGH RAPID TRANSIT COMPANY, Respondent.

(Argued June 6, 1929; decided July 11, 1929.)

*Martin A. Schenck, Charles E. Hotchkiss* and *H. C. McCollom* for appellants.

*Charles F. Kingsley, Arthur G. Peacock* and *James L. Quackenbush* for Interborough Rapid Transit Company, respondent.

*Henry J. Smith* for New York Railways Corporation, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.